# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2013 JAN 17 AM 11: 47

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12cr4795-JM |
| Plaintiff, |  |
| vs. | **JUDGMENT OF DISMISSAL** |
| CLAUDIO VELA-MARTINEZ , | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1326(a)and(b) - Removed Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/16/13

Bernard G. Skomal
U.S. Magistrate Judge